# AFFIDAVIT OF SERVICE

STATE OF NEW YORK}
COUNTY OF NASSAU} ss.:

I, LUIGGI TAPIA, being duly sworn, depose and state: That I am not a party to this action, am over 18 years of age, and reside in the County of Nassau, State of New York.

That on September 21, 2018, I served *Alexander T. Coleman, Esq.'s September 20, 2018 letter requesting a pre-motion conference* upon:

Mercury Construction Concepts, Inc.
145-4th Avenue, Apt. #7C
New York, New York 10003

Handy Andy Squad, Inc.          Andrew Russac
145-4th Avenue, Apt. #7C        145-4th Avenue, Apt. #7C
New York, New York 10003        New York, New York 10003

the addresses designated by said party(s) or attorney(s) for that purpose in the matter of:

*Erasmo Cruz v. Mercury Construction Concepts, Inc., et al., Docket No. 1:17-cv-00153-OTW*

[X] by depositing a true copy of the same, enclosed in a post-paid properly addressed wrapper, VIA FIRST CLASS MAIL, in a post office depository under the exclusive care of the United States Postal Service within the State of New York.
[ ] by depositing a true copy of the same, enclosed in a post-paid properly addressed CERTIFIED MAIL/RETURN RECEIPT wrapper, in a post office depository under the exclusive care of the United States Postal Service within the State of New York.
[ ] by dispatching a copy by overnight delivery via FEDEX to the parties above named at the address so indicated.
[ ] by PERSONALLY delivering a true copy of same to each person above named at the address so indicated. I knew each person mentioned and described in said papers a party therein;
[ ] by transmitting a true copy of same to the parties above named by ELECTRONIC MAIL at the email address so designated by said parties.
[ ] by transmitting a true copy of same to the parties above named by FACSIMILIE at the fax number so indicated above.

Sworn to before me on September 25, 2018

NOTARY PUBLIC                    LUIGGI TAPIA

TAYLOR FERRIS
Notary Public, State of New York
Registration #02FE6340035
Qualified In Suffolk County
Commission Expires _____