**STEPHEN D. HANS & ASSOCIATES, P.C.**
LABOR & EMPLOYMENT COUNSEL FOR OVER 30 YEARS

45-18 Court Square, Suite 403
Long Island City, New York 11101

T: 718.275.6700 • F: 718.275.6704

**STEPHEN D. HANS**
Tel: 718.275.6700 x 204
shans@hansassociates.com

October 2, 2018

*VIA ECF*
Hon. Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: <u>**Cruz v. Mercury Construction Concepts, Inc. et al**</u>
     <u>**Case No. 17-cv-00153-OTW**</u>

Dear Judge Wang:

  This firm is currently listed as attorney of record for defendants Andrew Russac, Mercury Construction Concepts, Inc., and Handy Andy Squad, Inc (hereinafter "Defendants"). In light of Plaintiff's stated intention to pursue an entry of judgment against the Defendants, and Your Honor's Order (Dkt. No. 61) directing Defendants to respond to Plaintiff's letter, dated September 20, 2018 (hereinafter "Plaintiff's Letter"), the parties jointly submit this status letter to inform the Court that the parties have reached a resolution.

  Following the Plaintiff's Letter, the Defendants contacted Plaintiff in an effort to resolve the matter without the Court's intervention. After an arm's-length negotiation, the parties have come to an agreement wherein the Defendants will expeditiously make all past-due payments owed to the Plaintiff under the Settlement Agreement approved on November 2, 2017. (Dkt. No. 56). Thus, Plaintiff has agreed to withdraw his request for a pre-motion conference before Your Honor. The parties have drafted an amendment to the approved Settlement Agreement, which the parties will shortly execute and submit to the Court for approval and incorporation into the Settlement Agreement.

  We thank the Court for its attention in this matter.

          Respectfully Submitted,

          _____/s/_____
          Stephen D. Hans (SH-0798)

www.hansassociates.com

Cc:     Alexander T. Coleman, Esq. (via ECF)